14700.   GOEBEL, adm'r, *et al. v.* LUCAS *et al.*

LUKE, J. A judgment dismissing a motion for new trial because of failure of movant to present for approval brief of evidence as required by law is complained of in this case. It was not error for the trial judge to dismiss the motion for a new trial, upon the grounds urged.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED OCTOBER 3, 1923.

Appeal, from Haralson superior court—Judge Irwin. April 17, 1923.

*M. J. Head, Lloyd Thomas,* for plaintiffs in error.
*Griffith & Matthews,* contra.